IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| TINKA VASSILEVA,<br><br>　　　　　　Plaintiff,<br><br>No. 22-1371　　v.<br><br>CITY OF CHICAGO, a municipal corporation,<br><br>　　　　　　Defendant-Appellee.<br><br>APPEAL OF DEIDRE BAUMANN | ) Appeal from the United States District<br>) Court for the Northern District of Illinois,<br>) Eastern Division<br>)<br>)<br>) No. 1:1-cv-04595<br>)<br>)<br>) Ronald A. Guzman,<br>) Judge<br>)<br>) |

### DOCKETING STATEMENT

Appellant Deidre Baumann, by her undersigned attorney, pursuant to Circuit Rule 3(c), submits the following Docketing Statement.

　　I.　　**Jurisdiction of the District Court**

The District Court has subject-matter jurisdiction in that his action was brought as a civil action for employment discrimination pursuant to the Civil Rights Act of 1964, 42 U.S.C. §§ 2000(e) *et seqq.* and the Judicial Code, 28 U.S.C. §§ 1331, 1337.

　　II.　　**Jurisdiction of the Court of Appeals**

This appeal is taken from the District Court's order sanctioning appellant entered November 22, 2021. A motion to reconsider the order was filed December 21, 2021 and was granted in part and denied in part on February 7, 2022. Notice of appeal was filed March 8, 2022. Plaintiff's claims remain pending in the District Court and are awaiting trial.

This Court has jurisdiction to hear this appeal because the order appealed from is an collateral order appealable under the authority of *Kotsilieris v. Chalmers,* 966 F.2d 1181 (7th

Cir. 1992) and other authority cited in appellant's Jurisdictional Memorandum filed March 23, 2022 and incorporated herein by reference.

        /s/ Reuben A. Bernick_____

        Attorney for Deidre Baumann

Reuben A. Bernick
Two North LaSalle Street, Suite 1600
Chicago, Illinois 60602
(312) 236-7091
*rbernick@mandellipton.com*

## CERTIFICATE OF SERVICE

I certify that I have caused the foregoing Docketing Statement to be served on all counsel of record via CM/ECF electronic notice on March 24, 2022

        /s/ Reuben A. Bernick_____