# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

April 27, 2022

*Before:*

**Diane S. Sykes,** *Chief Judge*
**Diane P. Wood,** *Circuit Judge*
**Thomas L. Kirsch II,** *Circuit Judge*

| | |
|---|---|
| TINKA VASSILEVA,<br>   Plaintiff,<br><br>No. 22-1371               v.<br><br>CITY OF CHICAGO,<br>   Defendant-Appellee.<br><br><br>APPEAL OF: DEIDRE BAUMANN | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 1:18-cv-04595<br>]<br>] Ronald A. Guzman,<br>]      Judge.<br>] |

O R D E R

On consideration of the papers filed in this appeal and review of the short record,

IT IS ORDERED that this appeal is DISMISSED for lack of jurisdiction.

Generally, an appeal may not be taken from an order that awards costs or attorney fees until the district court has entered a judgment on the merits of the underlying case. *See Cunningham v. Hamilton County* 119 S. Ct. 1915 (1999) (attorney must wait until the district court enters a merits judgment to appeal); *see generally*, Seventh Circuit Practitioner's Handbook (2020 ed.) at pp. 46-47.

The present case remains pending in the district court. There is no basis to review the costs order of November 22, 2021 against attorney Deidre Baumann at this time.